IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ARNOLD RAOUL BUSKEY, <br><br> Plaintiff, <br><br> vs. <br><br> ADULT CORRECTIONAL OFFICER CHING, <br><br> Defendant. | CV 19-00442 DKW-WRP <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 06, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss This Action Without Prejudice", ECF No. 19, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: February 25, 2020 at Honolulu, Hawai'i.



Derrick K. Watson
United States District Judge